IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| v. | : | CRIMINAL NO. 5:18-CR-24-LJH-CHW |
| | : | |
| KIMBERLY BROWN | : | VIOLATION: |
| | : | 18 U.S.C. § 1204 |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
(International Parental Kidnapping)

That beginning on or about October 13, 2012, and continuing through on or about October 15, 2012, in the Middle District of Georgia and elsewhere within and outside the jurisdiction of the Court,

**KIMBERLY BROWN**

did remove a child from the United States with the intent to obstruct the lawful exercise of the parental rights of the child's father; all in violation of Title 18, United States Code, Section 1204.

A TRUE BILL.

/s/ *Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PRESENTED BY:

CHARLES E. PEELER
UNITED STATES ATTORNEY

ELIZABETH S. HOWARD
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 14 day of March, AD 2018.

Deputy Clerk